# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **2:02-cr-274-RLH-LRL** |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| PAUL ANTHONY MELIN, ) | |
| ) | |
| Defendant. ) | |

On December 17, 2010, the Court held a hearing for revocation of supervised release as to the Defendant. Pursuant to the agreement between the parties, and after hearing arguments of counsel, the Defendant's supervised release was revoked.

The Defendant is hereby ordered to self-surrender for the imposition of sentence and the execution of the Court's judgment on January 5, 2011. The Defendant is also required to reside in a halfway house / residential re-entry program from December 17, 2010 until January 5, 2011.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Defendant PAUL ANTHONY MELIN reside in a halfway house / residential re-entry program from December 17, 2010 until January 5, 2011 whereupon he will self-surrender to the custody of the United States Marshals for imposition and execution of the Court's judgment.

**DATED** this   17th   day of   December , 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE